175 A.3d 165

VICTOR H. BOYAJIAN AND LYNN BOYAJIAN, PLAINTIFFS-PETI-
TIONERS, v. MICHAEL CAMMARATA AND GRETEL CAM-
MARATA, DEFENDANTS-RESPONDENTS. VICTOR H. BOYA-
JIAN AND LYNN BOYAJIAN, PLAINTIFFS-PETITIONERS, v.
MICHAEL CAMMARATA AND GRETEL CAMMARATA, DE-
FENDANTS, AND TOWNSHIP OF HARDING, PAUL FOX,
TOWNSHIP ENGINEER OF HARDING TOWNSHIP, GAIL
MCKANE ADMINISTRATOR OF HARDING TOWNSHIP AND
KAREN ZABORSKY, ZONING OFFICER OF HARDING TOWN-
SHIP, DEFENDANTS.

C–333 September Term 2017
080040

November 17, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–3968–14 and A–
12–15 having been submitted to this Court, and the Court having
considered the same;

It is ORDERED that the petition for certification is denied,
with costs.

175 A.3d 166

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. EDGAR
TORRES, A/K/A TORRES EDGAR AND TORRES C# 245239
EDGAR, DEFENDANT–PETITIONER.

C–350 September Term 2017
079566

November 17, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005901–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

175 A.3d 166

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMANENCY, PLAINTIFF–RESPONDENT, v. T.F., DEFENDANT–PETITIONER.

C–330 September Term 2017
079459

November 17, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001813–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.